IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:09-CR-4(3) |
| | * | |
| MICHAEL C. MADRAZO | * | |

### GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT AGAINST DEFENDANT MICHAEL C. MADRAZO

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this its Government's Motion to Dismiss Criminal Indictment against Defendant MICHAEL C. MADRAZO, and would respectfully show unto the Court the following:

I.

The Government has elected to dismiss the Criminal Indictment against Defendant MICHAEL C. MADRAZO.

WHEREFORE, premises considered, the Government respectfully requests that this Honorable Court dismiss the Criminal Indictment against Defendant MICHAEL C. MADRAZO.

Respectfully submitted,

REBECCA A. GREGORY
UNITED STATES ATTORNEY

<u>/s/ Michelle S. Englade</u>
MICHELLE S. ENGLADE
ASSISTANT UNITED STATES ATTORNEY
350 MAGNOLIA AVE., STE.150
BEAUMONT, TEXAS 77701
409-839-2538
TX. BAR NO. 06619650