IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | * CRIMINAL NO. 1:09-CR-4(3) |
| | * |
| MICHAEL C. MADRAZO | * |

ORDER

CAME ON, this day to be heard, Government's Motion to Dismiss Criminal Indictment against Defendant MICHAEL C. MADRAZO, and the Court having considered the same, it is hereby ORDERED that Government's Motion to dismiss the Criminal Indictment is GRANTED.

So **ORDERED** and **SIGNED** this 6 day of **April, 2009.**

_____
Ron Clark, United States District Judge